UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MCKENZIE,<br><br>    Petitioner,<br><br>    v.<br><br>LYDIA HENSE, WARDEN,<br><br>    Respondent. | CASE NO. CV 08-8656-CJC (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   June 9, 2010.

                                      CORMAC J. CARNEY
                                      UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MCKENZIE, G 8656\Judgment.wpd